IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGNERY PUBLISHING, INC.,
One Massachusetts Avenue, NW
Washington, D.C. 20001

CASE NO.:

   Petitioner,

vs.

RICHARD MINITER,
2420 S. Queen Street
Arlington, VA 22202

   Respondent.

## PETITION TO CONFIRM ARBITRATION AWARD

  Pursuant to 9 U.S.C. § 9, Petitioner REGNERY PUBLISHING, INC., through counsel, states as follows:

  1. REGNERY PUBLISHING, INC. ("Regnery"), is a book publisher with its principal place of business at One Massachusetts Avenue, NW, Washington, D.C. 20001.

  2. RICHARD MINITER ("Miniter"), 2420 S. Queen Street, Arlington, Virginia, is an author who has contracted with Regnery to publish books that he has authored.

  3. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy, as shown below, exceeds $75,000.

  4. On or about February 14, 2005, Regnery and Miniter entered into a publishing contract pursuant to which Regnery would publish two books to be written by Miniter. A copy of the contract is attached as Exhibit A.

  5. The contract contains an arbitration provision, which states in its entirety as follows:

> Any controversy or claim arising out of or relating to this agreement, the interpretation, implementation, breach or subject matter thereof, shall be settled by arbitration in the District of Columbia, in accordance with the laws of the District of Columbia and the rules of the American Arbitration Association. Judgment upon the award made by the arbitrators may be entered in any Court having jurisdiction thereof.

6. A dispute arose between the parties under the contract, with Regnery claiming a breach by reason of non-delivery of a second manuscript for publication by June 15, 2006, as required by the parties' agreement.

7. In April 2007, Regnery filed a demand for arbitration against Miniter with the American Arbitration Association, Commercial Arbitration division. John R. Keys, Jr. was appointed as arbitrator.

8. On January 15, 2008, the arbitrator held a hearing in Washington, D.C. and heard testimony and received documentary evidence. Following the hearing, opening briefs and replies were submitted and exchanged by each party.

9. Having considered the parties' evidence, briefs and replies, the arbitrator entered an Award dated March 10, 2008, which awarded damages to Regnery in the amount of $150,509.53, plus fees and expenses in the amount of $8,918.75, for a total award of $159,428.28. A copy of the Award of Arbitrator is attached as Exhibit B.

10. Pursuant to the Award, Miniter was to pay all sums owed to Regnery "on or before 30 days from the date of this Award." More than thirty days has elapsed since the Award was entered and Miniter has yet to make payment.

WHEREFORE, Petitioner Regnery moves this Court for an Order confirming the Award in the sum of $159,428.53 plus interest at the legal rate permitted under District of Columbia law from the date of the Award; directing that judgment be entered thereon; and that

petitioner be allowed the costs of this proceeding, and that petitioner have such other, further and different relief as to this Court may seem just and proper.

Respectfully submitted,

/s/ Mark I. Bailen

Mark I. Bailen (459623)
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

A copy of the foregoing **Petition to Confirm Arbitration Award** and accompanying papers were served by hand delivery this 25th day of April upon the following:

John M. Shoreman
McFadden & Shoreman, LLC
1420 New York Avenue, N.W.
Suite 700
Washington, D.C. 20005

*Attorney for Respondent*

_____
Mark I. Bailen (459623)
Baker & Hostetler, LLP
1050 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*

*Attorney for Petitioner*