IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGNERY PUBLISHING, INC.,<br>One Massachusetts Avenue, NW<br>Washington, D.C. 20001<br><br>        Petitioner,<br>vs.<br><br>RICHARD MINITER,<br>2420 S. Queen Street<br>Arlington, VA 22202<br><br>        Respondent. | CASE NO.: |

NOTICE OF FILING PETITION TO CONFIRM ARBITRATION AWARD

Pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, notice is hereby given to John M. Shoreman, counsel for Richard Miniter, McFadden & Shoreman, LLC, 1420 New York Avenue, Suite 700, Washington, D.C. 20005 and Richard Miniter, 2420 S. Queen Street, Arlington, VA 22202, that a petition has been filed with the Clerk of the United States District Court for the District of Columbia for (1) confirmation of the arbitration award dated March 10, 2008 and (2) entry of judgment upon the arbitration award in the amount of $159,428.28 plus interest and costs. A copy of all papers filed by Petitioner is attached hereto.

Dated: April 25, 2008

/s/ Mark I. Bailen
Mark I. Bailen (459623)
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*