IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGNERY PUBLISHING, INC., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| RICHARD MINITER, ) | |
| ) | |
| Respondent. ) | |

CERTIFICATE PURSUANT TO RULE 7.1,
FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF COURT

I, the undersigned counsel of record for Petitioner Regnery Publishing, Inc., certify that to the best of my knowledge and belief, Regnery Publishing, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Mark I. Bailen
Mark I. Bailen (459623)
Baker & Hostetler LLP
1050 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

A copy of the foregoing **Certificate Pursuant to Rule 7.1, Federal Rules of Civil Procedure and Local Rules of Court** was served by hand delivery this 25th day of April upon the following:

John M. Shoreman
McFadden & Shoreman, LLC
1420 New York Avenue, N.W.
Suite 700
Washington, D.C. 20005

*Attorney for Respondent*

Mark I. Bailen (459623)
Baker & Hostetler, LLP
1050 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*

*Attorney for Petitioner*