IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGNERY PUBLISHING, INC.,

        Petitioner,

vs.

RICHARD MINITER,

        Respondent.

CASE NO. 1:08-cv-00709 (EGS)

## DECLARATION REGARDING SERVICE OF PETITION

I, Mark I. Bailen, hereby state that a copy of petitioner Regnery Publishing, Inc.'s Notice of Filing Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, and other accompanying documents were delivered by hand to the offices of John M. Shoreman, Esq., McFadden & Shoreman, LLC, 1420 New York Avenue, Suite 700, Washington, D.C. 20005, counsel for respondent Richard Miniter, on April 25, 2008. Mr. Shoreman indicated that he was authorized to accept service on behalf of Mr. Miniter on May 1, 2008. *See Exhibit A*. Accordingly, service was completed upon respondent on May 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Mark I. Bailen*
Mark I. Bailen (459623)
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*

*Attorney for Petitioner*

**Bailen, Mark**

**From:** John M. Shoreman [mstlaw@erols.com]
**Sent:** Thursday, May 01, 2008 3:20 PM
**To:** Bailen, Mark
**Subject:** Petition to Confirm

Mark:
I am authorized to accept service of the Petition to Confirm Award.
John Shoreman

EXHIBIT A