**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REGNERY PUBLISHING, INC., ) | |
|             Petitioner, ) | |
|  ) | |
| v.  ) | Case No. 1:08-cv-00709 (EGS) |
|  ) | |
| RICHARD MINITER, ) | |
|             Respondent. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

Please enter appearance of undersigned counsel on behalf of the Respondent Richard Miniter.

Respectfully submitted,

/s/ John M. Shoreman
_____
John M. Shoreman (407626)
McFadden & Shoreman
1420 New York Ave., NW
7th Floor
Washington, D.C.  20005
(202) 638-2100
fax (202) 628-0735
mstlaw@erols.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via ECF on the following counsel of record this 21st day of May, 2008:

Mark I. Bailen, Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.  20036

/s/ John M. Shoreman
_____